UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALBERT CONEY,

    Petitioner,

v.

    CASE NO. 2:12-CV-11016
    HONORABLE DENISE PAGE HOOD
    UNITED STATES DISTRICT JUDGE

PAUL D. KLEE,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on October 31, 2012.

    IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

    IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

    IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

    Dated at Detroit, Michigan, this 31st, day of October, 2012.

    DAVID J. WEAVER
    CLERK OF THE COURT

APPROVED:

    BY: s/Julie Owens
    DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

12-11016 Coney v.Klee
Judgment

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager